UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

BLAINE EDWARD WILLIAMS, )
)
    *Plaintiff*, )
) No.: 2:14-cv-320-TWP-DHI
v. )
)
TOMMY LARGE and )
ARMANDO FONTEZ, )
)
    *Defendants*. )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the Court. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                              s/ Thomas W. Phillips
                                                            United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
     CLERK OF COURT